PAR&DAL: USAO 2017R00790



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. GLR 18-057** |
| **v.** | **(Interstate Receipt of Stolen Property; 18 U.S.C. § 2315)** |
| **WAQAS SHAH,** | |
| **Defendant.** | |

---

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE
### (Interstate Receipt of Stolen Property)

The Grand Jury for the District of Maryland charges:

On or about August 11, 2017, in the District of Maryland, the defendant,

## WAQAS SHAH,

did knowingly receive and possess goods, wares, and merchandise of a value of $5,000 or more,

which property had crossed a State boundary after being stolen, unlawfully converted, and taken,

knowing that the property had been stolen, unlawfully converted, and taken, to wit: cellular phones

stolen from the Verizon Wireless Premium Retailer located at 6480 Dobbin Center Way, Suite C,

Howard County, Maryland and afterward transported to the Commonwealth of Virginia.

18 U.S.C. § 2315
18 U.S.C. § 2

## COUNT TWO
### (Interstate Receipt of Stolen Property)

The Grand Jury for the District of Maryland further charges:

On or about August 22, 2017, in the District of Maryland, the defendant,

### WAQAS SHAH,

did knowingly receive and possess goods, wares, and merchandise of a value of $5,000 or more,

which property had crossed a State boundary after being stolen, unlawfully converted, and taken,

knowing that the property had been stolen, unlawfully converted, and taken, to wit: cellular phones

stolen from the Verizon Wireless store, located at 1605 Whetstone Way, Baltimore, Maryland and

afterward transported to the Commonwealth of Virginia.

18 U.S.C. § 2315
18 U.S.C. § 2

Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson
Date: June 26, 2019

2